316 Ga. 255
FINAL COPY

S22Y0394.  IN THE MATTER OF SAWAND PALMER.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Sawand Palmer (State Bar No. 774898) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Palmer,* 313 Ga. 115 (868 SE2d 234) (2022), it is hereby ordered that Sawand Palmer be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*

Decided May 11, 2023.

Reinstatement.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Wolanda R. Shelton, Assistant General Counsel State Bar*, for State Bar of Georgia.

*Copeland Haugabrook & Walker, Roy W. Copeland, Tyrone N. Haugabrook*, for Palmer.